BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. FIGUEROA, </br></br>Plaintiff,</br></br>v.</br></br>MICHAEL J. ASTRUE</br>**Commissioner of Social Security**</br>**of the United States of America,**</br></br>Defendant. | CASE NO. 2:10-CV-01818-KJN</br></br>[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 14, 2011, to February 23, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

Dated: January 13, 2011            */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: January 13, 2011            Benjamin G. Wagner
                                   United States Attorney

                                   /s/ *Shea Bond*
                                   SHEA BOND
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

## ORDER

The parties' stipulation IS HEREBY APPROVED, and plaintiff shall have until February 23, 2011, to file a motion for summary judgment. The scheduling order in this case shall be amended accordingly.

IT IS SO ORDERED.

DATED: January 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2