BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA C. FIGUEROA** | CASE NO. 2:10-CV-01818-KJN |
| **Plaintiff,** | **[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 23, 2011, to March 24, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: February 23, 2011          /s/Bess M. Brewer
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff


Dated: February 23, 2011          Benjamin G. Wagner

                                  United States Attorney

                                  /s/ Shea Bond
                                  SHEA BOND

                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

## ORDER

The parties' stipulation IS HEREBY APPROVED, and plaintiff shall have until March 24, 2011, to file a motion for summary judgment.[1] The scheduling order in this case is amended accordingly.

IT IS SO ORDERED.

DATED: February 23, 2011

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that plaintiff filed this stipulation and proposed order on the day that plaintiff was obligated to file a motion for summary judgment. Plaintiff's counsel is admonished that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor."

2